Jessica GONZALES, individually and as next best friend of her deceased minor children Rebecca Gonzales, Katheryn Gonzales and Leslie Gonzales, Plaintiff–Appellant,

v.

CITY OF CASTLE ROCK; Aaron Ahlfinger; R.S. Brink; Marc Ruisi, Officers of the Castle Rock Police Department, Defendants–Appellees.

Colorado Municipal League, Colorado Counties, Inc., and Colorado Association of Chiefs of Police, Amici Curiae.

No. 01–1053.

United States Court of Appeals, Tenth Circuit.

Sept. 2, 2005.

David T. Odom, David T. Odom & Associates, Chicago, IL, Brian J. Reichel, Law Office of Brian J. Reichel, Broomfield, CO, for Plaintiff–Appellant.

Thomas S. Rice, Eric M. Ziporin, Senter, Goldfarb & Rice, Christina M. Habas, Bruno, Bruno & Colin, Denver, CO, for Defendants–Appellees.

Thomas J. Lyons, Hall & Evans, Carolynne C. White, Colorado Municipal League, Julie C. Tolleson, Kennedy, Christopher, Childs & Fogg Independence Plaza, Denver, CO, for Amici Curiae.

Before TACHA, Chief Judge, SEYMOUR, EBEL, KELLY, HENRY, BRISCOE, LUCERO, MURPHY, HARTZ, O'BRIEN, and McCONNELL, Circuit Judges.

## ORDER

STEPHANIE K. SEYMOUR, Circuit Judge.

The Supreme Court's decision in *Town of Castle Rock v. Gonzales,* —— U.S. ——, 125 S.Ct. 2796, 162 L.Ed.2d 658 (2005), reversed our decision in the same matter, *see Gonzales v. City of Castle Rock,* 366 F.3d 1093 (10th Cir.2004) (*en banc*). Accordingly, we **AFFIRM** the district court's dismissal of the case. The mandate is issued forthwith.